No. 20-4032

---

## UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

JANET CRANE, as Administrator of the Estate of BROCK TUCKER,

*Plaintiff-Appellant*,

v.

UTAH DEPARTMENT OF CORRECTIONS, ALFRED BIGELOW, RICHARD GARDEN, DON TAYLOR, OFFICER COX, BRENT PLATT, SUSAN BURKE, FURTURES THROUGH CHOICES, INC., UNIVERSAL HEALTH SERVICES, INC., and JEREMY COTTLE,

*Defendants-Appellees.*

---

Appeal from the U.S. District Court for the District of Utah
Case No. 2:16-cv-1103
Honorable David Nuffer

---

## BRIEF AMICI CURIAE OF PROFESSORS AND PRACTITIONERS OF PSYCHIATRY AND PSYCHOLOGY IN SUPPORT OF PLAINTIFF-APPELLANT AND REVERSAL

---

Daniel M. Greenfield
RODERICK & SOLANGE
  MacARTHUR JUSTICE CENTER
NORTHWESTERN PRITZKER
  SCHOOL OF LAW
375 East Chicago Avenue
Chicago, IL 60611
(312) 503-8538
daniel-greenfield@law.northwestern.edu

*Counsel for Amici Curiae*

# TABLE OF CONTENTS

TABLE OF AUTHORITIES ........................................................................ ii

INTERESTS OF AMICI CURIAE ............................................................... 1

SUMMARY OF ARGUMENT ..................................................................... 2

ARGUMENT ............................................................................................... 5

I.    Solitary Confinement Causes Severe Psychological Injury To
      Individuals. ...................................................................................... 5

  A.  Solitary Confinement, By Definition, Deprives Individuals Of
      Meaningful Social Interaction And Positive Environmental Stimuli ............. 5

  B.  Solitary Confinement Causes Acute And Lasting Psychological
      Harm To Individuals. ...................................................................... 9

II.   Adolescents And Individuals With Mental Illness Are Particularly
      Vulnerable To The Psychological Toll Of Solitary Confinement ................. 12

III.  Solitary Confinement Causes Severe Physiological Injury To
      Individuals. ...................................................................................... 16

IV.   Solitary Confinement Increases An Individual's Risk Of Suicide
      And Self-Harm, Particularly For Adolescents .................................... 19

  A.  Solitary Confinement Increases An Individual's Risk Of Suicide
      And Self-Harm ................................................................................ 19

  B.  Adolescents Experience A Higher Risk Of Suicide When Placed
      In Solitary Confinement. ................................................................ 22

V.    The Impact Of Solitary Confinement Is Different In Kind And In
      Degree Than The Impact Of Imprisonment On The General Population. .... 23

VI.   For The Mentally Ill, Solitary Confinement Amounts To A
      Devastating And Self-Perpetuating Cycle. ...................................... 26

VII.  Professional Organizations Have Long Emphasized That Solitary
      Confinement Is Especially Injurious To Those Suffering From
      Mental Illness ................................................................................ 27

CONCLUSION ........................................................................................... 28

# TABLE OF AUTHORITIES

**Page(s)**

**Cases**

*Davis v. Ayala*, 135 S. Ct. 2187 (2015) ....................................................26

*Rhodes v. Chapman*, 452 U.S. 337 (1981).................................................23

*Roper v. Simmons*, 543 U.S. 551 (2005)....................................................22

**Other Authorities**

*A Solitary Failure: The Waste, Cost and Harm of Solitary Confinement in Texas*, AM. CIVIL LIBERTIES UNION OF TEX. (Feb. 2015) .................................................................................................21

Ajai Vyas et al., *Effect of Chronic Stress on Dendritic Arborization in the Central and Extended Amygdala*, 965 BRAIN RESEARCH 290 (2003);................................................................................................17

American Bar Association, *Standard 23-2.8 Segregated housing and mental health*, ABA STANDARDS FOR CRIMINAL JUSTICE: TREATMENT OF PRISONERS (2011) ......................................................27

Andrew B. Clark, *Juvenile Solitary Confinement as a Form of Child Abuse*, 45 AM. ACAD. J. PSYCHIATRY & L. 350 (2017) ......................................23

B.J. Casey, Rebecca M. Jones, & Todd A. Hare, *The Adolescent Brain*, 1124 ANN. N.Y. ACAD. SCI. 111 (Mar. 2008).........................................13

Brie A. Williams et al., *The Cardiovascular Health Burdens of Solitary Confinement*, 34 J. GEN. INTERNAL MED. 1977 (June 21, 2019) ................................................................................................17

Brock Bastian & Nick Haslam, *Excluded from humanity: The dehumanizing effects of social ostracism*, 46 J. EXPERIMENTAL SOC. PSYCHOL. 107 (2010).................................................................6

Bruce S. McEwen, et al., *Stress Effects on Neuronal Structure: Hippocampus, Amygdala, and Prefrontal Cortex*, 41 NEUROPSYCHOPHARMACOLOGY 3 (2015) .........................................18

Bruce S. McEwen, *The Neurobiology of Stress: From Serendipity to Clinical Relevance*, 886 BRAIN RESEARCH 172 (2000) ......................................18

Carol Schaeffer, *"Isolation Devastates the Brain": The Neuroscience of Solitary Confinement*, SOLITARY WATCH (May 11, 2016)............................18

Christopher Wilderman & Lars H. Anderson, *Solitary Confinement Placement and Post-Release Mortality Risk Among Formerly Incarcerated Individuals: A Population-Based Study*, 5 LANCET PUBLIC HEALTH 1 (2020) ....................................................................................24

Craig Haney & Mona Lynch, *Regulating Prisons of the Future: A Psychological Analysis of Supermax and Solitary Confinement*, 23 N.Y.U. REV. L. & SOC. CHANGE 477 (1997) ....................................7, 20

Craig Haney, *Mental Health Issues in Long-Term Solitary and "Supermax" Confinement*, 49 CRIME & DELINQUENCY 124 (2003) ...........*passim*

Craig Haney, *The Psychological Effects of Solitary Confinement: A Systematic Critique*, 47 CRIME & JUST. 365 (2018) ..........................................5, 6

Craig Haney, *Restricting the Use of Solitary Confinement*, 1 ANN. REV. CRIMINOLOGY 285 (2018) ............................................5, 6, 13, 23

Dana G. Smith, *Neuroscientists Make a Case Against Solitary Confinement*, SCI. AM. (Nov. 2018) ....................................................................18

David H. Cloud et al., *Public Health and Solitary Confinement in the United States*, 105 AM. J. PUB. HEALTH 18 (2015).............................................24

Diana Arias & Christian Otto, NASA, *Defining the Scope of Sensory Deprivation for Long Duration Space Missions* 1 (2011)....................................6

Dustin Albert & Laurence Steinberg, *Judgment and Decision Making in Adolescence*, 21 J. RESEARCH ON ADOLESCENCE 211 (2011)........................22

Elizabeth Bennion, *Banning the Bing: Why Extreme Solitary Confinement Is Cruel and Far Too Usual Punishment*, 90 IND. L.J. 741 (2015)................................................................................................16, 25

Fatos Kaba, et al., *Solitary Confinement and Risk of Self-Harm Among Jail Inmates*, AM. J. PUB. HEALTH 442 (2014)..............................................20, 23

G.D. Scott & Paul Gendreau, *Psychiatric Implications of Sensory Deprivation in a Maximum Security Prison*, 14 CAN. PSYCHIAT. ASS'N J. 337 (1969) ........................................................................7

Géraldine Duthé, et al., *Suicide Among Male Prisoners in France: A Prospective Population-Based Study*, 233 Forensic Science Int. 273 (2013)................................................................................19

HANS TOCH, MEN IN CRISIS: HUMAN BREAKDOWNS IN PRISON (Aldine Publishing Co., Chicago 1975)..........................................................21

J. Casella & J. Ridgeway, *Scientists Discover How Social Isolation Damages Young Brains* ...................................................................18

J. Douglass Bremner, *Traumatic Stress: Effects on the Brain*, 8 DIALOGUES CLIN. NEUROSCI. 445 (2006) ........................................13

Jared Reser, *Solitary Mammals Provide an Animal Model for Autism Spectrum Disorders*, 128 J. COMP. PSYCHOL. 1 (2013) ........................................5

Jeffrey L. Metzner & Jamie Fellner, *Solitary Confinement and Mental Illness in U.S. Prisons: A Challenge for Medical Ethics*, 38 J. AM. ACAD. PSYCHIATRY & L. 104 (2010) ....................................................9

Jennifer Gonnerman, *Before the Law*, THE NEW YORKER (Oct. 6, 2014) ....................................................................................12

Jennifer Gonnerman, *Kalief Browder, 1993-2015*, THE NEW YORKER (June 7, 2015)........................................................................12

Jules Lobel & Huda Akil, *Law and Neuroscience: The Case of Solitary Confinement*, 147 DAEDALUS 61 (Fall 2018)........................................19

Juvenile Justice Reform Committee, Am. Acad. Child Adolescent Psychiatry, *Solitary Confinement of Juvenile Offenders* (Apr. 2012) .......................................................................................13

Kenneth Appelbaum, *American Psychiatry Should Join the Call to Abolish Solitary Confinement*, 43 J. AM. ACAD. PSYCHIATRY & L. 406 (2015)..........................................................................23

iv

Lauren Brinkley-Rubinstein, et al., *Association of Restrictive Housing During Incarceration with Mortality After Release*, JAMA NETWORK OPEN 1 (2019) ............................................................17, 23

Laurence Steinberg, *Adolescent Development and Juvenile Justice*, 5 ANN. REV. CLINICAL PSYCHOL. 459 (2009) ........................................22

Lindsay M. Hayes & Joseph R. Rowan, *National Study of Jail Suicides: Seven Years Later*, 60 PSYCH. Q. 7 (1989) .........................................25

LINDSAY M. HAYES, U.S. DEP'T OF JUSTICE, OFFICE OF JUVENILE JUSTICE AND DELINQUENCY PREVENTION, *Juvenile Suicides in Confinement: A National Survey* 27 (2009) ......................................................23

Lisa Marzano, et al., *Prevention of Suicidal Behavior in Prisons: An Overview of Initiatives Based on a Systematic Review of Research on Near-Lethal Suicide Attempts*, 37 CRISIS 323 (2016)...................................19

Manabu Makinodan, et al., *A Critical Period for Social Experience–Dependent Oligodendrocyte Maturation and Myelination*, 337 SCIENCE 1357 (2012)................................................................18

Michael Jackson, PRISONERS OF ISOLATION: SOLITARY CONFINEMENT IN CANADA (1983)................................................................20

Monique Ernst & Sven C. Mueller, *The Adolescent Brain: Insight from Functional Neuroimaging Research*, 68 DEV. NEUROBIOL. 729 (May 2008)................................................................13

Nim Tottenham & Adriana Galvan, *Stress and the Adolescent Brain: Amygdala-prefrontal Cortex Circuitry and Ventral Striatum as Developmental Targets*, 70 NEUROSCI. BIOBEHAV. REV. 217 (Nov. 2016) ................................................................13

P. Gendreau, N. L. Freedman, and G. J. S. Wilde, *Changes in EEG Alpha Frequency and Evoked Response Latency During Solitary Confinement*, 79 J. ABNORMAL PSYCHOL. 54 (1972)..........................................18

Peter Scharff Smith, *The Effects of Solitary Confinement on Prison Inmates: A Brief History and Review of the Literature*, 34 CRIME & JUST. 441 (2006) ......................................................9, 16, 26

*Position Statement on Segregation of Prisoners with Mental Illness*,
AM. PSYCHIATRIC ASS'N (December 2012) .......................................................15

*Position Statement: Solitary Confinement (Isolation)*, Nat'l Comm'n
on Corr. Healthcare, 4 (2016) ..............................................................15

Raffaella Calati et al., *Suicidal Thoughts and Behaviors and Social
Isolation: A Narrative Review of the Literature*, 245 J. AFFECTIVE
DISORDERS 653 (2019)..........................................................................19

*Reassessing Solitary Confinement: The Human Rights, Fiscal, and
Public Safety Consequences: Hearing Before the Subcomm. On
Constitution, Civil Rights & Human Rights of the S. Comm. on the
Judiciary*, 112th Cong. 72 (2012) (statement of Craig Haney)..........................11

Redacted Expert Rep. of Craig Haney, *Ashker v. Brown*, No. 4:09 CV
05796 CW (N.D. Cal. Mar. 12, 2015) ...........................................24, 25

Redacted Expert Rep. Of Craig Haney, *Gumm v. Sellers*, No. 5:15-
CV-41-MTT-CHW (M.D. Ga. May 02, 2018)....................................14

*Restricted Housing of Mentally Ill Inmates*, AMERICAN COLLEGE OF
CORRECTIONAL PHYSICIANS (2013) ....................................................28

Simon N. Young, *The Neurobiology of Human Social Behavior: An
Important but Neglected Topic*, 33 J. PSYCHIATRY &
NEUROSCIENCE 391 (2008) ..............................................................5, 6

*Solitary Confinement as a Public Health Issue*, AM. PUB. HEALTH
ASS'N (Nov. 5, 2013) ......................................................................15

Stanford Univ. Human Rights in Trauma Mental Health Lab, *Mental
Health Consequences Following Release from Long-Term Solitary
Confinement in California: Consultative Report Prepared for the
Center for Constitutional Rights* (2017)...........................................11

Stuart Grassian & Terry A. Kupers, *The Colorado Study vs. The
Reality of Supermax Confinement*, 13 CORRECTIONAL MENTAL
HEALTH REP. 1 (2011) ...................................................................25

Stuart Grassian, *Psychiatric Effects of Solitary Confinement*, 22
WASH. U.J.L. & POL'Y 325 (2006) ............................................*passim*

Stuart Grassian, *Psychopathological Effects of Solitary Confinement*, 140 AM. J. PSYCHIATRY 1450 (1983)............................................................10, 21

Terry A. Kupers, *The SHU Post-Release Syndrome: A Preliminary Report*, 17 CORRECTIONAL MENTAL HEALTH REPORT 81 (March/April 2016)....................................................................................5

TERRY A. KUPERS, SOLITARY: THE INSIDE STORY OF SUPERMAX ISOLATION AND HOW WE CAN ABOLISH IT (2017)..............................................13

Terry A. Kupers, *Waiting Alone to Die*, *in* LIVING ON DEATH ROW: THE PSYCHOLOGY OF WAITING TO DIE 47 (Hans Toch, James Acker, & Vincent Bonventre eds., 2018) ............................................6, 9, 16, 25

Terry Kupers, *Isolated Confinement: Effective Method for Behavior Change or Punishment for Punishment's Sake?*, *in* ROUTLEDGE HANDBOOK OF INTERNATIONAL CRIME AND JUSTICE STUDIES 213 (Bruce Arrigo & Heather Bersot eds., 2013)....................................................8, 9

Thomas Hafemeister & Jeff George, *The Ninth Circle of Hell*, 90 DENV. U. L. REV. 1 (2012).......................................................................8, 14, 15

UNITED NATIONS HUMAN RIGHTS OFFICE OF THE HIGH COMMISSIONER, *United States: Prolonged Solitary Confinement Amounts to Psychological Torture, Says UN Expert*, Feb. 28, 2020 .................27

## INTERESTS OF AMICI CURIAE[1]

*Amici curiae* are nationally recognized experts in psychiatry, medicine, psychology, and related fields. *Amici* have spent decades studying the psychological and physiological effects of solitary confinement on adult and juvenile prisoners. Based on their own research as well as an assessment of the scholarly literature, *amici* have concluded that, by denying prisoners adequate social contact and positive environmental stimulation, solitary confinement inflicts grave psychological and physical injury on humans, an outcome that is exacerbated when solitary confinement is imposed upon adolescents and those who suffer from mental illness. Amici have further concluded that the dangers inherent to the solitary confinement of those suffering from mental illness were well known by the time of Brock Tucker's suicide. *Amici* therefore respectfully urge this Court to reverse the judgment below.

*Amici* are:

**Stuart Grassian, M.D.**, a Board-certified psychiatrist who taught at Harvard

Medical School for almost thirty years. He has evaluated hundreds of

---

[1] This brief has not been authored, in whole or in part, by counsel to any party in this appeal. No party or counsel to any party contributed money intended to fund preparation or submission of this brief. No person, other than the *amici*, its members, or its counsel, contributed money that was intended to fund preparation or submission of this brief. All parties have consented to the filing of this brief.

prisoners in solitary confinement and published numerous articles on the psychiatric effects of solitary confinement.

**Craig Haney, Ph.D., J.D.**, is Distinguished Professor of Psychology and UC Presidential Chair at the University of California, Santa Cruz. He has done extensive research and published numerous articles on the psychological effects of solitary confinement and has provided expert testimony on the topic, including before the United States Senate.

**Terry A. Kupers, M.D., M.S.P.**, a Distinguished Life Fellow of The American Psychiatric Association, is Professor Emeritus at The Wright Institute. In 2005, he received the Exemplary Psychiatrist Award from the National Alliance on Mental Illness (NAMI). He has provided expert testimony in lawsuits about prison conditions, and his published works include in-depth assessments of solitary confinement.

**Pablo Stewart, M.D.**, is Clinical Professor of Psychiatry at the John A. Burns School of Medicine, University of Hawaii. He has worked in the criminal justice system for decades and as a court-appointed expert on the effects of solitary confinement for more than twenty-five years.

### SUMMARY OF ARGUMENT

1.      Solitary confinement causes severe psychological injury to individuals. The defining conditions of solitary confinement are lack of meaningful

social interaction and deprivation of positive stimuli. Scientific research has consistently documented the necessity of both for healthy human life and the devastating effects of their absence. As a result, the conditions of isolation imposed by solitary confinement causes severe and lasting psychological harm to individuals.

2.    The risk of severe psychological injury from solitary confinement is exacerbated in vulnerable populations, such as adolescents and the mentally ill. The confluence of multiple risk factors, as is the case for juveniles who suffer from mental illness, results in an even higher risk of acute and permanent psychological harm. Mr. Tucker's personal characteristics—a young, intellectually disabled, mentally ill individual—left him intensely vulnerable to the harms of solitary confinement.

3.    Solitary confinement places individuals at the risk of serious and persistent physiological harm. Neuroscientific research has also identified solitary confinement's harmful effects at the subclinical level, resulting in the reduced brain functioning of individuals held in isolation as well as shifts in brain structure itself.

4.    Solitary confinement drastically increases an individual's risk of suicide and self-harm. Such an increased risk for suicide and self-harm continues for years after an individual is released from isolation. Because of the immaturity

of the adolescent brain, adolescents who experience solitary confinement are at a higher risk for suicide and self-harm.

5.      The harms of solitary confinement are unique. Individuals held in solitary confinement experience psychological and physiological harms at disproportionately higher rates than individuals incarcerated under standard conditions.

6.      The psychological harms of solitary confinement contribute to a self-perpetuating cycle. Mentally ill individuals are more likely to be punished via solitary confinement. Solitary confinement can cause mental illness in individuals as well as exacerbate existing mental illnesses, resulting in a greater likelihood of assignment to solitary confinement.

7.      The long-held scientific consensus that solitary confinement is injurious, especially to adolescents and those suffering from mental illness, is mirrored by the positions and standards of leading professional organizations. In fact, by the time of Mr. Tucker's suicide, the Society of Correctional Physicians, the American Bar Association, and the American Psychiatric Association, among others, had denounced the use of solitary confinement in connection with vulnerable prisoners like Mr. Tucker.

<div align="center">**ARGUMENT**</div>

I. **Solitary Confinement Causes Severe Psychological Injury To Individuals.**

    A. **Solitary Confinement, By Definition, Deprives Individuals Of Meaningful Social Interaction And Positive Environmental Stimuli.**

Individuals sentenced to solitary confinement experience grave and enduring psychological harm. Scientific research consistently bears out both the severity of the harm suffered by individuals confined in isolation, *e.g.*, Craig Haney, *The Psychological Effects of Solitary Confinement: A Systematic Critique*, 47 CRIME & JUST. 365, 367–68, 370–75 (2018) (collecting studies) [hereinafter "*Systematic Critique*"]; Stuart Grassian, *Psychiatric Effects of Solitary Confinement*, 22 WASH. U.J.L. & POL'Y 325, 335–38 (2006) [hereinafter "*Psychiatric Effects*"], as well as the longevity of the harms they suffer, *e.g.*, Craig Haney, *Restricting the Use of Solitary Confinement*, 1 ANN. REV. CRIMINOLOGY 285, 297 (2018) [hereinafter "*Restricting the Use*"]; Terry A. Kupers, *The SHU Post-Release Syndrome: A Preliminary Report*, 17 CORRECTIONAL MENTAL HEALTH REPORT 81, 92 (March/April 2016).

Some animals are solitary by nature. Jared Reser, *Solitary Mammals Provide an Animal Model for Autism Spectrum Disorders*, 128 J. COMP. PSYCHOL. 1, 2–3 (2013). Such creatures seek out community infrequently, often for limited purposes like reproduction. *Id.* Humans, by contrast, are a social species. Simon N. Young,

<div align="center">5</div>

*The Neurobiology of Human Social Behavior: An Important but Neglected Topic*,
33 J. PSYCHIATRY & NEUROSCIENCE 391, 391 (2008). In fact, "the human brain is
literally wired to connect to others." Haney, *Restricting the Use*, *supra*, at 296
(internal quotations omitted). Throughout our life span, therefore, we require
regular meaningful interaction with others. Young, *supra*, at 391; see also Haney,
*Restricting the Use*, *supra*, at 290. The relationship between social connection and
physical and psychological health is well-documented in the scientific literature.
Haney, *Systematic Critique*, 374–75 (collecting studies).

Meaningful social interaction and positive environmental stimulation (such
as exposure to varying surroundings and participation in productive activities) are
no less essential to human health than shelter, nutrition, and medical care. *E.g.*,
Haney, *Restricting the Use*, *supra*, at 298 (collecting studies); Terry A. Kupers,
*Waiting Alone to Die*, *in* LIVING ON DEATH ROW: THE PSYCHOLOGY OF WAITING TO
DIE 47, 53 (Hans Toch, James Acker, & Vincent Bonventre eds., 2018)
[hereinafter "*Waiting Alone to Die*"]; Stuart Grassian, *Psychiatric Effects*, *supra*, at
354; Diana Arias & Christian Otto, NASA, *Defining the Scope of Sensory
Deprivation for Long Duration Space Missions* 1, 51 (2011) [hereinafter "NASA,
Long Duration Space Missions"]. Exclusion from or deprivation of social
interaction has been linked to a diminished ability to view oneself as fully human.
*See* Brock Bastian & Nick Haslam, *Excluded from humanity: The dehumanizing*

6

*effects of social ostracism*, 46 J. EXPERIMENTAL SOC. PSYCHOL. 107, 109 (2010). The absence of such interactions and stimuli is the defining characteristic of solitary confinement. *See* Craig Haney, *Mental Health Issues in Long-Term Solitary and "Supermax" Confinement*, 49 CRIME & DELINQUENCY 124, 125–127 (2003) [hereinafter "*Mental Health*"].

Psychological and neuroscientific research have demonstrated that the absence of social interaction and positive environmental stimuli adversely affects the functioning and structure of an individual's brain. Extensive scientific research has established that people consistently suffer "a number of dysfunctional psychological states and outcomes" when deprived of social contact and a normal range of sensory input for long periods of time. Craig Haney & Mona Lynch, *Regulating Prisons of the Future: A Psychological Analysis of Supermax and Solitary Confinement*, 23 N.Y.U. REV. L. & SOC. CHANGE 477, 504–07 (1997). Without normal and positive environmental interactions (such as, for example, exposure to natural light, outdoor sounds, and varying colors), certain cognitive functions can atrophy. *See id.* at 506. Mental alertness, concentration, and the ability to plan often suffer. *See, e.g.*, G.D. Scott & Paul Gendreau, *Psychiatric Implications of Sensory Deprivation in a Maximum Security Prison*, 14 CAN. PSYCHIAT. ASS'N J. 337, 337, 339 (1969).

Solitary confinement units magnify the damage that results from underexposure to positive stimuli by simultaneously overexposing prisoners to noxious stimuli. These negative stimuli can include the shouting of officers and prisoners, and other loud noises, offensive smells and sights such as feces, urine, blood, decaying garbage, and constant fluorescent lights. Thomas Hafemeister & Jeff George, *The Ninth Circle of Hell*, 90 DENV. U. L. REV. 1, 39 n.217 (2012); Terry Kupers, *Isolated Confinement: Effective Method for Behavior Change or Punishment for Punishment's Sake?*, *in* ROUTLEDGE HANDBOOK OF INTERNATIONAL CRIME AND JUSTICE STUDIES 213, 216 (Bruce Arrigo & Heather Bersot eds., 2013) [hereinafter "*Isolated Confinement*"]. Prisoners' inability to control or escape from these noxious stimuli adds to their aversive, harmful effects. Exposure to this constant, uncontrollable negative stimulation causes many prisoners to suffer from chronic sleeplessness, which "intensifies psychiatric symptoms . . . [and] creates fatigue and magnifies cognitive problems, memory deficits, confusion, anxiety, and sluggishness." Kupers, *Isolated Confinement*, *supra*, at 216.

Importantly, the phrase "solitary confinement," as employed both in the scientific literature and throughout this brief, does not refer to complete isolation from other humans in an environment devoid of positive environmental stimuli. Indeed, *amici* are not aware of any facility in the United States or abroad that

8

absolutely deprives prisoners of these necessities. Rather, solitary confinement describes imprisonment under conditions where meaningful social interaction and positive environmental stimuli are heavily restricted. Alleged deviations from absolute isolation do not constitute the meaningful social interaction and positive environmental stimuli that scientific research has identified as essential to an individual's physical and psychological health.

### B. Solitary Confinement Causes Acute And Lasting Psychological Harm To Individuals.

Scholars have observed that "psychological stressors such as isolation can be as clinically distressing as physical torture." Jeffrey L. Metzner & Jamie Fellner, *Solitary Confinement and Mental Illness in U.S. Prisons: A Challenge for Medical Ethics*, 38 J. AM. ACAD. PSYCHIATRY & L. 104, 104 (2010). Among the psychological harms suffered by individuals punished with solitary confinement are depression, hallucination, cognitive dysfunction, memory loss, anxiety, paranoia, insomnia, withdrawal, lethargy, stimuli hypersensitivity, and panic. *E.g.*, Kupers, *Waiting Alone to Die*, 53–54; Craig Haney, *Mental Health*, *supra*, at 130–31, 134 (collecting more than 20 studies); Grassian, *Psychiatric Effects*, *supra*, at 335–36, 349, 370–71; Terry A. Kupers, *Isolated Confinement*, *supra*, at 216; Peter Scharff Smith, *The Effects of Solitary Confinement on Prison Inmates: A Brief History and Review of the Literature*, 34 CRIME & JUST. 441, 488–90 (2006).

For example, in a 1993 study involving a random, representative sample of one hundred prisoners housed at California's Pelican Bay supermax prison for varying lengths of time, almost all the isolated prisoners were found to have experienced some "psychopathological symptoms," including intrusive thoughts, hypersensitivity to stimuli, and irrational anger. Haney, *Mental Health*, *supra*, at 133-34. More than 90% experienced nervousness and anxiety; headaches and chronic tiredness were common to 88% and 84%, respectively; 70% "felt themselves on the verge of an emotional breakdown"; approximately 75% experienced chronic depression and mood swings; and almost half experienced perceptual distortions or hallucinations. Haney, *Mental Health*, *supra*, at 133-34.

Likewise, in a 1983 in-depth study of fourteen prisoners held in solitary confinement in Massachusetts, eleven reported hypersensitivity to external stimuli such as noise and smells. Stuart Grassian, *Psychopathological Effects of Solitary Confinement*, 140 AM. J. PSYCHIATRY 1450, 1452 (1983) [hereinafter "*Psychopathological Effects*"]. Ten reported experiencing "massive free-floating" anxiety, and eight of those also experienced physical symptoms such as sweating, shortness of breath, and tachycardia. Grassian, *Psychopathological Effects*, *supra*, at 1452. Half suffered from visual or auditory hallucinations or illusions, and over half reported suffering from an inability to concentrate, disorientation, and memory failures. *Id*.

10

Life-threatening behaviors, such as self-harm and suicidal ideation, are also prevalent amongst prisoners held in solitary confinement. One *amici* has testified before Congress on the harms of solitary confinement, describing the example of a prisoner who "used a makeshift needle and thread from his pillowcase to sew his mouth completely shut," as well as a prisoner who "amputated one of his pinkie fingers and chewed off the other, removed one of his testicles and scrotum, sliced off his ear lobes, and severed his Achilles tendon." *Reassessing Solitary Confinement: The Human Rights, Fiscal, and Public Safety Consequences: Hearing Before the Subcomm. On Constitution, Civil Rights & Human Rights of the S. Comm. on the Judiciary*, 112th Cong. 72, 80–81 (2012) (statement of Craig Haney).

After release from isolation, prisoners may continue to endure symptoms of post-traumatic stress and anxiety disorders, suffer from cognitive impairments and a pervasive sense of hopelessness, and experience lasting personality changes such as obsessive-compulsive disorder and emotional instability. *E.g*, Stanford Univ. Human Rights in Trauma Mental Health Lab, *Mental Health Consequences Following Release from Long-Term Solitary Confinement in California:*

*Consultative Report Prepared for the Center for Constitutional Rights* 15−25 (2017); [2] Grassian, *Psychiatric Effects*, *supra*, at 353.

Solitary confinement's enduring effects often result in tragedy. Consider the case of Kalief Browder, who was just seventeen when he entered solitary confinement. Within six months of his release, Mr. Browder twice attempted to commit suicide. Jennifer Gonnerman, *Before the Law*, THE NEW YORKER (Oct. 6, 2014) [hereinafter "*Before the Law*"].[3] Mr. Browder described himself as "mentally scarred" and fearful that the "things that changed" about his personality "might not go back" with time. *Id*. Less than two years after his release, Mr. Browder hanged himself. Jennifer Gonnerman, *Kalief Browder, 1993-2015*, THE NEW YORKER (June 7, 2015).[4]

## II.    Adolescents And Individuals With Mental Illness Are Particularly Vulnerable To The Psychological Toll Of Solitary Confinement.

Solitary confinement exacts an even greater price on people like Mr. Tucker. Because of the degree of harm suffered by juveniles placed in solitary confinement, in 2012, the American Academy of Child and Adolescent Psychiatry issued a statement "oppos[ing] the use of solitary confinement in correctional

---

[2]    https://ccrjustice.org/sites/default/files/attach/2018/04/CCR_StanfordLab-SHU Report.pdf.

[3] http://www.newyorker.com/magazine/2014/10/06/before-the-law.

[4] http://www.newyorker.com/news/news-desk/kalief-browder-1993-2015.

facilities for juveniles." Juvenile Justice Reform Committee, Am. Acad. Child Adolescent Psychiatry, *Solitary Confinement of Juvenile Offenders* (Apr. 2012).[5] Similarly, in 2016, the American Psychological Association "took an official position on solitary confinement by supporting 'efforts to eliminate the practice' for juveniles." Haney, *Restricting the Use*, *supra*, at 301.

Developing brains are uniquely vulnerable to the negative effects of stress caused by solitary confinement. *E.g.*, Nim Tottenham & Adriana Galvan, *Stress and the Adolescent Brain: Amygdala-prefrontal Cortex Circuitry and Ventral Striatum as Developmental Targets*, 70 NEUROSCI. BIOBEHAV. REV. 217, 217–227 (Nov. 2016); B.J. Casey, Rebecca M. Jones, & Todd A. Hare, *The Adolescent Brain*, 1124 ANN. N.Y. ACAD. SCI. 111, 111–126 (Mar. 2008); Monique Ernst & Sven C. Mueller, *The Adolescent Brain: Insight from Functional Neuroimaging Research*, 68 DEV. NEUROBIOL. 729, 729–743 (May 2008). The adolescent brain's response to stress results in severe and long-lasting harm. *E.g.*, J. Douglass Bremner, *Traumatic Stress: Effects on the Brain*, 8 DIALOGUES CLIN. NEUROSCI. 445, 445–461 (2006) (collecting studies); TERRY A. KUPERS, SOLITARY: THE INSIDE STORY OF SUPERMAX ISOLATION AND HOW WE CAN ABOLISH IT 139 (2017).

---

[5] https://www.aacap.org/aacap/Policy_Statements/2012/Solitary_Confinement_of_ Juvenile_Offenders.aspx.

Individuals with mental illness also experience greater psychological harms than the average population when placed in solitary confinement. *E.g.* Redacted Expert Rep. Of Craig Haney at 60, *Gumm v. Sellers*, No. 5:15-CV-41-MTT-CHW (M.D. Ga. May 02, 2018) ("Mentally ill prisoners are particularly at risk in … isolated environments. … [U]nder conditions of solitary or isolated confinement, they endure significantly more stress and psychological pain than under other forms of imprisonment.").[6] Mentally ill prisoners are "far less likely to be able to withstand the stress, social isolation, sensory deprivation, and idleness" caused by solitary confinement. Hafemeister & George, *supra*, at 41–42. Under conditions of isolation, "many prisoners with mental illness experience catastrophic and often irreversible psychiatric deterioration." Hafemeister & George, *supra*, at 38–39.

By its very nature, solitary confinement impedes the delivery of mental health services on a timely basis. The isolation inherent to solitary confinement units and the extremely restrictive manner in which they are run greatly limit the access of mental health staff and the nature and timeliness of the treatment they can provide. Hafemeister & George, *supra*, at 43–44. This means mentally ill prisoners endure painful, dangerous, isolated confinement without receiving the

---

[6] https://www.schr.org/files/post/2018.05.02%20Expert%20Report%20of%20Dr.%20Craig%20Haney%20%28REDACTED%29.pdf.

14

badly needed treatment that might help to at least alleviate some of the harm to which they are subjected. Hafemeister & George, *supra*, at 43–44.

Recognition of the degree of harm suffered by mentally ill individuals in solitary confinement has generated a steady consensus that correctional institutions should not place mentally ill prisoners in solitary confinement. The National Commission on Correctional Healthcare ("NCCHC") Position Statement on solitary confinement holds that mentally ill individuals as well as juveniles "should be excluded from solitary confinement of any duration." *Position Statement: Solitary Confinement (Isolation)*, NCCHC, 4 (2016)[7]. Similarly, the American Psychiatric Association states that "[p]rolonged segregation of adult inmates with serious mental illness, with rare exceptions, should be avoided due to the potential harm to such inmates." *Position Statement on Segregation of Prisoners with Mental Illness*, AM. PSYCHIATRIC ASS'N (December 2012).[8] *See also Solitary Confinement as a Public Health Issue*, AM. PUB. HEALTH ASS'N (Nov. 5, 2013).[9] For any given individual, a confluence of vulnerabilities factors, such as for a mentally ill adolescent, will sorely exacerbate the risk of severe and permanent

---

[7] https://www.ncchc.org/solitary-confinement.

[8] http://www.dhcs.ca.gov/services/MH/Documents/2013_04_AC_06c_APA_ps201 2_PrizSeg.pdf.

[9] https://apha.org/policies-and-advocacy/public-health-policy-statements/policydata base/ 2014/07/14/13/30/solitary-confinement-as-a-public-health-issue.

psychological harm from solitary confinement. Mr. Tucker, as a young,

intellectually disabled, mentally ill individual, was at an extraordinarily high risk

of severe, permanent harm from solitary confinement.

### III. Solitary Confinement Causes Severe Physiological Injury To Individuals.

In addition to psychological harm, solitary confinement inflicts

physiological harms on individuals. Research has consistently demonstrated that

individuals who are punished via solitary confinement experience hypertension,

heart palpitations, a decline in neural activity, gastrointestinal disorders, headaches,

severe insomnia, and weight loss. *E.g.*, Kupers, *Waiting Alone to Die*, *supra*, at 53–

54; Haney, *Mental Health*, *supra*, at 133; Scharff Smith, *supra*, at 488–90. The

conditions of isolation also increase the "activation of the brain's stress systems,

vascular resistance, and blood pressure, as well as decreased inflammatory control,

immunity, sleep salubrity, and expression of genes regulating glucocorticoid

responses and oxidative stress." Elizabeth Bennion, *Banning the Bing: Why*

*Extreme Solitary Confinement Is Cruel and Far Too Usual Punishment*, 90 IND.

L.J. 741, 762 (2015) (quoting John T. Cacioppo & Stephanie Ortigue, *Social*

*Neuroscience: How a Multidisciplinary Field Is Uncovering the Biology of Human*

*Interactions*, CEREBRUM, Dec. 19, 2011, at 7−8). A recent study found that

"individuals in solitary confinement experienced an absolute 31% higher

hypertension prevalence than those in maximum security" in the same prison,

which correlated with projected "increased adverse cardiovascular outcomes [such as heart attacks and strokes]." Brie A. Williams et al., *The Cardiovascular Health Burdens of Solitary Confinement*, 34 J. GEN. INTERNAL MED. 1977, 1977, 1979 (June 21, 2019). Another study followed over 225,000 individuals who were incarcerated and released from North Carolina prisons from 2000 to 2015, finding that "[c]ompared with individuals who were incarcerated and not placed in restrictive housing, those who spent time in restrictive housing were more likely to die in the first year after release of all causes" and that there was an even higher mortality after release for those with more than one placement in restrictive housing or more than 14 consecutive days spent there. Lauren Brinkley-Rubinstein, et al., *Association of Restrictive Housing During Incarceration with Mortality After Release*, JAMA NETWORK OPEN 1, 5–6, 9 (2019).[10]

Solitary confinement also causes physical injury to individuals at the subclinical level. Neuroscientific research has established that the psychological trauma caused by solitary confinement will typically trigger a shift in an individual's neural pathways as well as in the morphology and neurochemistry of an individual's brain. Such changes adversely affect an individual's brain functioning. *See generally* Ajai Vyas et al., *Effect of Chronic Stress on Dendritic*

---

[10] https://jamanetwork.com/journals/jamanetworkopen/fullarticle/2752350.

17

*Arborization in the Central and Extended Amygdala*, 965 BRAIN RESEARCH 290, 290–94 (2003); Bruce S. McEwen, *The Neurobiology of Stress: From Serendipity to Clinical Relevance*, 886 BRAIN RESEARCH 172, 172–189 (2000); Carol Schaeffer, *"Isolation Devastates the Brain": The Neuroscience of Solitary Confinement*, SOLITARY WATCH (May 11, 2016)[11]; P. Gendreau, N. L. Freedman, and G. J. S. Wilde, *Changes in EEG Alpha Frequency and Evoked Response Latency During Solitary Confinement*, 79 J. ABNORMAL PSYCHOL. 54, 54–59 (1972); J. Casella & J. Ridgeway, *Scientists Discover How Social Isolation Damages Young Brains*, SOLITARY WATCH (September 18, 2012)[12]; Manabu Makinodan, et al., *A Critical Period for Social Experience–Dependent Oligodendrocyte Maturation and Myelination*, 337 SCIENCE 1357, 1357–60 (2012). The hippocampus and amygdala, two structures within the brain critical to decision-making, memory, and emotional regulation, are also damaged by the sort of chronic stress associated with solitary confinement conditions. *See* Dana G. Smith, *Neuroscientists Make a Case Against Solitary Confinement*, SCI. AM. (Nov. 2018)[13]; Bruce S. McEwen, et al., *Stress Effects on Neuronal Structure:*

---

[11] http://solitarywatch.com/2016/05/11/isolation-devastates-the-brain-the-neuroscience-of-solitary-confinement/.

[12] https://solitarywatch.org/2012/09/18/scientists-discover-how-social-isolation-damages-young-brains/.

[13] https://www.scientificamerican.com/article/neuroscientists-make-a-case-against-solitary-confinement.

*Hippocampus, Amygdala, and Prefrontal Cortex*, 41

Neuropsychopharmacology 3, 12 (2015); *see also* Jules Lobel & Huda Akil,

*Law and Neuroscience: The Case of Solitary Confinement*, 147 Daedalus 61, 70

(Fall 2018).[14]

## IV.    Solitary Confinement Increases An Individual's Risk Of Suicide And Self-Harm, Particularly For Adolescents.

### A.    Solitary Confinement Increases An Individual's Risk Of Suicide And Self-Harm.

Solitary confinement increases an individual's risk of suicide and self-harm.

Social isolation is one of the main risk factors associated with suicide. Raffaella

Calati et al., *Suicidal Thoughts and Behaviors and Social Isolation: A Narrative*

*Review of the Literature*, 245 J. Affective Disorders 653, 660 (2019). In

correctional settings, isolation—the defining characteristic of solitary

confinement—is highly correlated with increased risk of suicide. Géraldine Duthé,

et al., *Suicide Among Male Prisoners in France: A Prospective Population-Based*

*Study*, 233 Forensic Science Int. 273, 274 (2013); *see also* Lisa Marzano, et al.,

*Prevention of Suicidal Behavior in Prisons: An Overview of Initiatives Based on a*

*Systematic Review of Research on Near-Lethal Suicide Attempts*, 37 Crisis 323,

---

[14] https://www.mitpressjournals.org/doi/pdf/10.1162/daed_a_00520 ("[T]he brain of people who experience extreme psychological stress (like those in solitary confinement) literally diminish in volume because the neural cells become shriveled.").

330 (2016). Being in solitary confinement even once can greatly increase an individual's risk of suicide. Fatos Kaba, et al., *Solitary Confinement and Risk of Self-Harm Among Jail Inmates*, AM. J. PUB. HEALTH 442, 445 (2014).

For example, in one Maine prison, "almost every prisoner in the isolation unit had attempted suicide." Haney & Lynch, *supra*, at 518; *see also* Kaba, *supra*, at 445 (finding that even controlling for mental illness, prisoners kept in solitary confinement in New York City jails were seven times more likely to commit acts of self-harm than prisoners incarcerated under standard conditions). Non-fatal self-mutilation is also experienced at drastically high rates by individuals held in solitary confinement. During an eight-year period, nearly half of all self-mutilation incidents in the North Carolina prison system occurred in solitary confinement. Haney & Lynch, *supra* at 525. The same frequency held in Virginia. *Id*.

A long-time California prison psychiatrist reported that the extreme conditions of isolation have forced prisoners to "become so desperate for relief that they would set their mattresses afire . . . burst out in a frenzied rage of aimless destruction, tearing their sinks and toilets from the walls, ripping their clothing and bedding, and destroying their few personal possessions in order to alleviate the numbing sense of deadness or non-being and to escape the torture of their own thoughts and despair." Michael Jackson, PRISONERS OF ISOLATION: SOLITARY CONFINEMENT IN CANADA 270 n.88 (1983). Other studies have noted that prisoners

held in isolation would often act in suicidal and irrational ways, suffering from isolation panic, massive anxiety, hallucinations, cognitive difficulties, and tension leading to self-mutilation. HANS TOCH, MEN IN CRISIS: HUMAN BREAKDOWNS IN PRISON 54 (Aldine Publishing Co., Chicago 1975) (finding in this large systematic study of prisoners subject to long-term isolation so-called "isolation panic," which included rage, panic, loss of control, psychological regression, and a build of tension which lead to incidents of self-mutilation); *see also* Grassian, *Psychopathological Effects*, *supra*, at 1450–1454.

Self-harm is a persistent and overwhelmingly likely feature of an individual's experience in solitary confinement. For example, approximately 20% of the prisoners in the Massachusetts study described previously reported losing control and engaging in random violence, such as deliberately cutting themselves. Grassian, *Psychopathological Effects*, *supra*, at 1453. In Texas solitary confinement units, where suicide is five times more likely than in the general prison population, self-harm is fully eight times more likely than it is in the community outside prison. *A Solitary Failure: The Waste, Cost and Harm of Solitary Confinement in Texas*, AM. CIVIL LIBERTIES UNION OF TEX. (Feb. 2015).[15] Moreover, self-harm places prisoners at risk of death, by lowering prisoners'

---

[15] https://www.aclutx.org/sites/default/files/field_documents/SolitaryReport_2015.pdf.

thresholds for harming themselves and also potentially leading to accidental forms of suicide.

**B.    Adolescents Experience A Higher Risk Of Suicide When Placed In Solitary Confinement.**

Placing adolescents in solitary confinement exposes juveniles to a high risk of suicide and self-harm. As the Supreme Court observed in *Roper*, the particular psychological circumstances of youth mean that youth undertake "impetuous and ill-considered actions and decisions." *Roper v. Simmons*, 543 U.S. 551, 569 (2005) (quoting *Johnson v. Texas*, 509 U.S. 350, 367 (1993)). Juveniles, in contrast to adults, possess a "vulnerability and a comparative lack of control." *Roper*, 534 U.S. at 570. Neuroscientific research has supported the Court's observation. Adolescent brains generally have yet to develop fully in the regions of the brain associated with impulse control, avoiding risks, and planning for the future. Dustin Albert & Laurence Steinberg, *Judgment and Decision Making in Adolescence*, 21 J. RESEARCH ON ADOLESCENCE 211, 220 (2011); Laurence Steinberg, *Adolescent Development and Juvenile Justice*, 5 ANN. REV. CLINICAL PSYCHOL. 459, 465–66, 469 (2009).

In the context of solitary confinement, an adolescent's vulnerability and lack of control results in an increased risk of suicide. In 2009, a national survey found that 62 percent of juvenile suicide victims in prisons had experienced solitary confinement at some point during their incarceration and 50 percent of juvenile

suicide victims were placed in solitary confinement at the time of their death.

LINDSAY M. HAYES, U.S. DEP'T OF JUSTICE, OFFICE OF JUVENILE JUSTICE AND DELINQUENCY PREVENTION, *Juvenile Suicides in Confinement: A National Survey* 27 (2009)[16]; *see also* Andrew B. Clark, *Juvenile Solitary Confinement as a Form of Child Abuse*, 45 AM. ACAD. J. PSYCHIATRY & L. 350, 352 (2017). Similarly, a study of New York City jails found that age and placement in solitary confinement are two of the factors most strongly associated with self-harm. Kaba, *supra*, at 442.

## V.   The Impact Of Solitary Confinement Is Different In Kind And In Degree Than The Impact Of Imprisonment On The General Population.

Imprisonment, in normal circumstances, is not a comfortable experience. *See Rhodes v. Chapman*, 452 U.S. 337, 349 (1981). The harms of solitary confinement, however, are unique. In comparison to imprisonment's effects on the general population, solitary confinement inflicts extreme amounts of mental and physical anguish on individuals held in isolation. *E.g.* Haney, *Restricting the Use*, at 292–93; Kenneth Appelbaum, *American Psychiatry Should Join the Call to Abolish Solitary Confinement*, 43 J. AM. ACAD. PSYCHIATRY & L. 406, 410 (2015). Solitary confinement inflicts lasting psychological and physiological pain on individuals, well beyond what the generally incarcerated population experiences. Brinkley-Rubinstein, *supra*, at 1 ("Compared with individuals who were incarcerated and

---

[16] https://www.ncjrs.gov/pdffiles1/ojjdp/213691.pdf.

not placed in restrictive housing, individuals who spent any time in restrictive housing were 24% more likely to die in the first year after release."); David H. Cloud et al., *Public Health and Solitary Confinement in the United States*, 105 AM. J. PUB. HEALTH 18, 21 (2015) ("Nearly every scientific inquiry into the effects of solitary confinement over the past 150 years has concluded that subjecting an individual to more than 10 days of involuntary segregation results in a distinct set of emotional, cognitive, social, and physical pathologies."); *see also* Christopher Wilderman & Lars H. Anderson, *Solitary Confinement Placement and Post-Release Mortality Risk Among Formerly Incarcerated Individuals: A Population-Based Study*, 5 LANCET PUBLIC HEALTH 1, 1 (2020) (finding increased mortality rates five years post-release for formerly incarcerated Danish individuals who experienced solitary confinement as compared to those who did not).

A study of California prisoners found a significant divergence between the level of psychological decline experienced by individuals held in solitary confinement and that experienced by the general incarcerated population. Although a meaningful percentage of general population prisoners reported "suffering and . . . distress . . . there was absolutely no comparison to the level of suffering and distress" experienced by prisoners in solitary confinement. Redacted Expert Rep. of Craig Haney at 81, *Ashker v. Brown*, No. 4:09 CV 05796 CW (N.D. Cal. Mar.

12, 2015) [hereinafter "Redacted Expert Rep., *Ashker*"].[17] Instead, "[o]n nearly every single specific dimension [] measured, the [solitary confinement] sample was in significantly more pain, were more traumatized and stressed, and manifested more isolation-related pathological reactions." Redacted Expert Rep., *Ashker*, *supra*, at 81−82. These trends are reflected nationally—although prisoners held in solitary confinement account for 2% to 8% of prison population within the United States, one in every two suicides committed by a prisoner is committed by an individual held in solitary confinement. *E.g.*, Stuart Grassian & Terry A. Kupers, *The Colorado Study vs. The Reality of Supermax Confinement*, 13 CORRECTIONAL MENTAL HEALTH REP. 1, 1 (2011); Kupers, *Waiting Alone to Die*, *supra*, at 55; *see also* Lindsay M. Hayes & Joseph R. Rowan, *National Study of Jail Suicides: Seven Years Later*, 60 PSYCH. Q. 7, 23 (1989) (finding that, over a two year period, two thirds of all jail suicides were committed by individuals held in solitary confinement). A study in Denmark determined that prisoners who spent more than four weeks in solitary confinement were twenty times more likely to require psychiatric hospitalization than prisoners in general population. Bennion, *supra*, at 758 (citing Dorte Maria Sestoft et al., *Impact of Solitary Confinement on Hospitalization Among Danish Prisoners in Custody*, 21 INT'L J.L. & PSYCHIATRY

---

[17] https://ccrjustice.org/sites/default/files/attach/2015/07/Redacted_Haney% 20Expert%20Report.pdf.

99, 103 (1998)). Further research in Denmark has concluded that prisoners subjected to solitary confinement for 90 days or more are three times more likely than prisoners in general population to develop psychiatric disorders. Scharff Smith, *supra*, at 477-78. Even for solitary confinement stints shorter than three months, the disparity remained profound. *Id.* at 477-78 (showing a dramatic increase in psychiatric disorders among prisoners relegated to solitary confinement for fewer than three months).

## VI.   For The Mentally Ill, Solitary Confinement Amounts To A Devastating And Self-Perpetuating Cycle.

Solitary confinement creates a vicious—and often unescapable—cycle. Prisoners who suffer from mental illnesses are more likely to be placed in solitary confinement. E.g., Haney, *Mental Health*, *supra*, at 142−43. However, the high frequency of prisoners in solitary confinement suffering from mental illness cannot be attributed to pre-existing conditions alone. Instead, solitary confinement causes "acute mental illness in individuals who had previously been free of any such illness." *See* Grassian, *Psychiatric Effects*, *supra*, at 333. As a result, individuals who have already been held in solitary confinement are at a higher risk for returning to isolation. This creates a revolving door that amounts to almost never-ending isolation and increasing exposure to high risks of harm. As Justice Kennedy observed in *Davis*, the experience of solitary confinement—even once—"will bring you to the edge of madness, perhaps to madness itself," *Davis v. Ayala*, 135

S. Ct. 2187, 2209 (2015) (Kennedy, J., concurring); *see also* UNITED NATIONS HUMAN RIGHTS OFFICE OF THE HIGH COMMISSIONER, *United States: Prolonged Solitary Confinement Amounts to Psychological Torture, Says UN Expert*, Feb. 28, 2020 (discussing solitary confinement practices used by the Connecticut Department of Corrections and finding that prolonged isolation "may well amount to torture") (internal quotations omitted).[18] When experienced repeatedly, such anguish is almost assured.

## VII. Professional Organizations Have Long Emphasized That Solitary Confinement Is Especially Injurious To Those Suffering From Mental Illness.

By the time of Mr. Tucker's death, there was a broad professional consensus mirroring the scientific consensus that solitary confinement should not be imposed on mentally ill prisoners. As described previously, the American Health Association and the American Psychiatric Association have long held as much. *See supra* at 14–15. Likewise, in 2010, the American Bar Association released standards emphasizing that mentally ill prisoners should be categorically excluded from solitary confinement. American Bar Association, *Standard 23-2.8 Segregated housing and mental health*, ABA STANDARDS FOR CRIMINAL JUSTICE: TREATMENT OF PRISONERS (2011). And in 2013, the Society of Correctional Physicians added

---

[18] https://www.ohchr.org/en/NewsEvents/Pages/DisplayNews.aspx?NewsID=25633&LangID=E.

its voice to the chorus, condemning the use of solitary confinement for mentally ill prisoners. *Restricted Housing of Mentally Ill Inmates*, AMERICAN COLLEGE OF CORRECTIONAL PHYSICIANS (2013).[19]

## CONCLUSION

Solitary confinement inflicts profound psychological and physiological harm, particularly when it is imposed on adolescents and those who suffer from mental illness. By the time Mr. Tucker was sentenced to repeated and prolonged punitive isolation, the risks to him were obvious. *Amici curiae* therefore respectfully urge this Court to reverse the judgment below.

<div style="margin-left:40%">

Respectfully submitted,

</div>

Date: June 10, 2020                    /s/ Daniel M. Greenfield

<div style="margin-left:40%">

Daniel M. Greenfield
RODERICK & SOLANGE
 MACARTHUR JUSTICE CENTER
NORTHWESTERN PRITZKER
SCHOOL OF LAW
375 East Chicago Avenue
Chicago, IL 60611
(312) 503-8538
daniel-greenfield@law.northwestern.edu

*Counsel for Amici Curiae*

</div>

---

\* Harvard Law student Priyanka Menon contributed substantially to the preparation of this brief.

[19] http://accpmed.org/restricted_housing_of_mentally.php.

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g)(1), I certify that:

1.      This brief complies with the type-volume limitation of Fed. R. App. P. 29(b)(4) because this brief contains 5,578 words, excluding the parts of the brief exempted by Fed. R. App. P. 32(f).

2.      This brief complies with the typeface requirements of Cir. R. 32(A) and the type style requirements of Fed. R. App. P. 32(a)(6) because this brief has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in 14-point Times New Roman typeface.


Date: June 10, 2020                          *s/ Daniel M. Greenfield*
                                             Daniel M. Greenfield

## CERTIFICATE OF DIGITAL SUBMISSION

Pursuant to this Court's guidelines on the use of the CM/ECF system, I hereby certify that:

a. all required privacy redactions have been made;

b. the hard copies that have been submitted to the Clerk's Office are exact copies of the ECF filing; and

c. the ECF submission was scanned for viruses with the most recent version of a commercial virus scanning program, VIPRE Endpoint Security, version 84354, last updated June 10, 2020, and according to the program is free of viruses.

Date: June 10, 2020                      *s/ Daniel M. Greenfield*
                                          Daniel M. Greenfield

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2020, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Tenth Circuit by using the appellate CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

Date: June 10, 2020                    *s/ Daniel M. Greenfield*
                                       Daniel M. Greenfield