UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

| Christopher M. Wolpert | | Jane K. Castro |
|---|---|---|
| Clerk of Court | | Chief Deputy Clerk |

December 21, 2021

Mr. D. Mark Jones
United States District Court for the District of Utah
351 South West Temple
Salt Lake City, UT 84101

**RE:**     **20-4032, Crane v. Utah Department of Corrections, et al**
            Dist/Ag docket: 2:16-CV-01103-DN

Dear Clerk:

Pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate in the above-referenced appeal issued today. The court's October 21, 2021 judgment takes effect this date. With the issuance of this letter, jurisdiction is transferred back to the lower court.

Please contact this office if you have questions.

                                                Sincerely,

                                                Christopher M. Wolpert
                                                Clerk of Court

cc:      Scott D. Cheney
            Heather J. Chesnut
            Elizabeth Cruikshank
            Joshua Daniel Davidson
            Shelley M. Doi-Taketa
            Daniel M. Greenfield
            Jenipher R Jones
            Sarah M. Morris
            Prianka Nair
            Randall W. Richards

Laura Rovner
Samuel Weiss

CMW/djd

2